IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00823-REB-CBS

SYLVIA DEAN,
    Plaintiff,
v.

COMPUTER SCIENCES CORPORATION,
    Defendant.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on an e-mail sent to Magistrate Judge Shaffer's chambers on June 26, 2007 at 5:54 p.m. by Ms. Dean.  Pursuant to the Order of Reference dated April 25, 2007 (doc. # 3), this civil action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, including discovery and other non-dispositive motions . . . ."  The court has reviewed Ms. Dean's e-mail and the entire case file and is sufficiently advised in the premises.

    First, pursuant to the Local Rules of Practice for the United States District Court for the District of Colorado, "all matters to be called to a judicial officer's attention shall be submitted through the clerk, with copies served on all other parties or their attorneys."  D.C. COLO. LCivR 77.2.  Ms. Dean may not request an extension of time by sending an e-mail to Magistrate Judge Shaffer's chambers.

    Second, on June 26, 2007, the court issued an Order to Show Cause to Ms. Dean, directing her to show cause in writing on or before July 13, 2007 why the

Complaint should not be dismissed for her failure to appear at the June 26, 2007 Scheduling Conference, failure to prosecute this civil action, and failure to comply with the court's April 30, 2007 Order, the Local Rules of Practice for the United States District Court for the District of Colorado, and the Federal Rules of Civil Procedure. Ms. Dean may explain her situation in a written response to the court's Order to Show Cause filed on or before July 13, 2007.

DATED at Denver, Colorado, this 27th day of June, 2007.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge