IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-00823-REB-KMT

SYLVIA DEAN,

    Plaintiff,

v.

COMPUTER SCIENCE CORPORATION,

    Defendant.

## MINUTE ORDER

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

Defendant's "Motion to Vacate Settlement Conference" (#24, filed April 29, 2008) is GRANTED. The Settlement Conference set for May 6, 2008 is VACATED. Plaintiff has leave to file a motion requesting a new setting for a settlement conference if she can show grounds that the settlement conference will be productive. A Status Conference is set for **June 9, 2008 at 9:00 a.m.**

Dated: May 2, 2008