IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-00823-EWN-KMT

SYLVIA DEAN,

    Plaintiff,

v.

COMPUTER SCIENCE CORPORATION,

    Defendant.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

Defendant's "Motion to Vacate Settlement Conference" (#42, filed September 2, 2008) is GRANTED. The Settlement Conference set for September 8, 2008 is VACATED. The court notes that Plaintiff has failed to respond to the motion for summary judgment filed by Defendants on July 16, 2008. Plaintiff is ORDERED to file her response NO LATER THAN September 19, 2008. The court will not consider a response filed after that date.

Dated: September 3, 2008