IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 07–cv–00823–EWN–KMT

SYLVIA DEAN,

    Plaintiff,

v.

COMPUTER SCIENCES CORPORATION,

    Defendant.

---

**GENERAL ORDER OF REFERENCE
TO UNITED STATES MAGISTRATE JUDGE
(INCLUDING DISPOSITIVE MOTIONS)**

---

EDWARD W. NOTTINGHAM, Chief Judge
Kathleen L. Weckwerth, Secretary

    It appears to the court that this is a proper case for general referral to a United States magistrate judge. It is therefore

    **ORDERED** as follows:

    1. Pursuant to 28 U.S.C. § 636(b)(1)(A) and D.C.COLO.LCivR 72.1, United States Magistrate Judge Kathleen M. Tafoya is hereby designated to hear and determine any pretrial matter which has been or will be presented in this case, except any motion to award injunctive relief, to grant judgment on the pleadings, to grant summary judgment, to dismiss the entire action involuntarily, or to dismiss or permit maintenance of a class action. I will review the

magistrate judge's determinations made under this paragraph in accordance with the procedures and standards set forth in section 636(b)(1)(A).

2. Pursuant to 28 U.S.C. § 636(b)(1)(B) and D.C.COLO.LCivR 72.1, United States Magistrate Judge Tafoya is hereby designated to conduct hearings and to submit to me proposed recommendations for my disposition of any motion (whether filed before or after entry of this order) to award injunctive relief, to award judgment on the pleadings, to grant summary judgment, or to dismiss the entire action involuntarily. I will review the magistrate judge's determinations made under this paragraph in accordance with the procedures and standards set forth in 28 U.S.C.A. § 636(b)(1)(B). At the time the magistrate judge makes her determination, she shall specifically advise the parties concerning the procedures for further review required by 28 U.S.C.A. § 636(b)(1)(B). In handling motions for summary judgment, the parties shall follow, and the magistrate judge shall enforce, the rules for such motions set forth in my Practice Standards — Civil, including the "SPECIAL INSTRUCTIONS CONCERNING MOTIONS FOR SUMMARY JUDGMENT."

3. The designation made in paragraphs 1 and 2 is intended, for example, to include the following authority:

    (a) to hold discovery, scheduling, and planning conferences, pursuant to rules 16 and 26 of the Federal Rules of Civil Procedure, and issue orders in connection therewith;

    (b) to hold other pretrial conferences, pursuant to rule 16 of the Federal Rules of Civil Procedure, and issue orders in connection therewith;

(c) to hold settlement conferences pursuant to rule 16(c)(9) of the Federal Rules of Civil Procedure, and issue orders in connection therewith;

(d) to establish deadlines for filing, briefing, and hearing all motions, including dispositive motions.

4. Plaintiff shall serve all defendants, in the manner specified by rule 4 of the Federal Rules of Civil Procedure, as soon as possible so that the case may progress without unnecessary delay.

5. On or before March 4, 2009, the magistrate judge will submit one of the following:

(a) A recommendation which will completely dispose of the case in this court; or

(b) A brief status report concerning proceedings had and contemplated before her.

Dated: September 12, 2008