IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-00823-EWN-KMT


SYLVIA DEAN,

      Plaintiff,

v.

COMPUTER SCIENCE CORPORATION,

      Defendant.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant


Defendant's "Motion to Vacate Pretrial Conference" (#46, filed September 16, 2008) is
GRANTED.  The Final Pretrial Conference set for September 23, 2008 at 9:00 a.m. is
VACATED and RESET for **November 12, 2008 at 9:15 a.m.**

Dated: September 19, 2008