IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00823-PAB-KMT

SYLVIA DEAN,

    Plaintiff,

v.

COMPUTER SCIENCES CORPORATION,

    Defendant.

## ORDER SETTING CASE FOR TRIAL

    This matter has been scheduled for a three-day trial to the court on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **June 8, 2009 at 8:00 a.m.**

    A Trial Preparation Conference is set for **May 22, 2009 at 1:30 p.m.** Lead counsel who will try the case shall attend in person unless a written motion for alternative appearance is granted by the Court.

    The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)    jury selection;

    2)    sequestration of witnesses;

    3)    timing of presentation of witnesses and evidence;

    4)    anticipated evidentiary issues;

    5)    any stipulations as to fact or law; and

6) any other issue affecting the duration or course of the trial.


DATED November 19, 2008.

                                                              BY THE COURT:

                                                              s/Philip A. Brimmer
                                                              PHILIP A. BRIMMER
                                                              United States District Judge